**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL MENDONCA, ALAMO RECYCLING,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>COUNTY OF SAN BERNARDINO; COUNTY OF SAN BERNARDINO CODE ENFORCEMENT DEPARTMENT; COUNTY OF SAN BERNARDINO LAND USE SERVICES; IGNACIO NUNEZ; JOSIE GONZALEZ; PAUL BIANE<br><br>　　　　Defendants. | Case No. EDCV 10-00674 VAP(DTBx)<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

　　Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Plaintiff's Complaint is DISMISSED WITH PREJUDICE.  The Court orders that such judgment be entered.

Dated: July 19, 2010

　　　　　　　　　　　　　　　　／s／ Virginia A. Phillips
　　　　　　　　　　　　　　　VIRGINIA A. PHILLIPS
　　　　　　　　　　　　　United States District Judge